Troy A. Wallin, Esq. (No. 7202)
WALLIN HESTER, PLC
8375 W. Flamingo Rd., Ste. 102
Las Vegas, Nevada 89147
Email: *courtfilings@wallinhester.com*
Telephone: (702) 852-3100
Facsimile: (480) 240-4151
*Attorneys for Defendant*

WALLINHESTER PLC
8375 W. Flamingo Rd., Ste. 102, Las Vegas, NV 89147

**IN THE UNITED STATES DISTRICT COURT**
**OF THE STATE OF NEVADA**

| | |
|---|---|
| Shafer Equipment Company, Inc.,<br><br>Plaintiff,<br>vs.<br><br>Hitachi Construction Machinery Americas, Inc.,<br><br>Defendant. | Case No: 3:26-cv-00476-ART-CSD<br><br>**[PROPOSED] ORDER REGARDING REMOTE APPEARANCE AT CASE MANAGEMENT CONFERENCE** |

Having reviewed the parties' stipulation (Doc. [17]) and good cause appearing,

IT IS HEREBY ORDERED that the parties may appear remotely at the upcoming Case Management Conference set for September 9, 2026 at 9:00 a.m. before this Court.

**IT IS SO ORDERED.**

UNITED STATES MAGISTRATE JUDGE

DATED: Aug. 6, 2026