**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| SHAFER EQUIPMENT COMPANY, INC.,<br><br>Plaintiff<br><br>v.<br><br>HITACHI CONSTRUCTION MACHINERY AMERICAS, INC.,<br><br>Defendant | Case No.: 3:26-cv-00476-ART-CSD<br><br>**Order**<br><br>Re: ECF Nos. 34, 35 |

Defendant filed a certificate of service of its Rule 26 initial disclosures, interrogatories, and requests for production with the court. (ECF Nos. 34, 35.) Discovery papers are not to be filed with the court unless otherwise ordered, or if the discovery paper is the subject of and is appended to a discovery motion, response, or reply. *See* Fed. R. Civ. P. 5(d)(1)(A); LR 26-7. A party need not notify the court that it has served discovery on another party.

Therefore, ECF Nos. 34 and 35 are **STRICKEN** from the docket.

**IT IS SO ORDERED**.

Dated: October 20, 2026

Craig S. Denney
United States Magistrate Judge